ELEANOR MORTON (State Bar No. 220407)
JACOB RUKEYSER (State Bar No. 233781)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Facsimile: (415) 771-7010
Email: emorton@leonardcarder.com
       jrukeyser@leonardcarder.com

Attorneys for Plaintiff
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 1245

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,<br><br>Plaintiffs,<br><br>v<br><br>STARWOOD POWER – MIDWAY LLC, BATES ENGINEERS/ CONTRACTORS, INC. and A-C ELECTRIC COMPANY,<br><br>Defendants. | Case No: 10-cv-338<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

/

   Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the agreement of the parties, Plaintiff International Brotherhood of Electrical Workers Local 1245 ("Local 1245" or "Union") hereby respectfully requests that the Court dismiss all claims and all defendants and, thereby,

Case 1:10-cv-00338-OWW-DLB   Document 14   Filed 04/28/10   Page 2 of 2

dismiss the above-captioned matter with prejudice.

Dated: April 22, 2010   Respectfully Submitted,

LEONARD CARDER, LLP

By: /s/ Eleanor I. Morton
     ELEANOR I. MORTON
     Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: **April 27, 2010**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**LEONARD CARDER, LLP**
**ATTORNEYS**
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400  FAX: (415) 771-7010